UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUN GUO,

                                **Plaintiff,**                                          23-CV-00119 (PAE)(SN)

        -against-                                                         <u>**ORDER**</u>

MARJORIE MAE PERRY,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 24, 2023, the Court directed Plaintiff, within 30 days, to provide the address where Defendant may be served. ECF No. 6. On January 31, 2023, Plaintiff informed the Court that he is not allowed to contact Defendant because of a protection order issued by the Family Court of the State of New York and subsequently unable to know her address. ECF No. 8.

      Accordingly, the Court stays the time to serve Defendant. Plaintiff is encouraged to discuss with his family court lawyer how he can proceed with this federal action in light of the order of protection. Plaintiff shall file a letter with the Court by April 21, 2023, indicating how he intends to proceed with this case.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:       February 3, 2023
                   New York, New York