UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUN GUO,

                           **Plaintiff,**                    **23-CV-00119 (PAE)(SN)**

          -against-                                  **ORDER**

MARJORIE MAE PERRY,

                          **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 31, 2023, Plaintiff informed the Court that he is not allowed to contact Defendant because of a protection order issued by the Family Court of the State of New York and subsequently unable to know her address. ECF No. 8. In response, the Court encouraged Plaintiff to discuss with his family court lawyer how to proceed with this federal action in light of the order of protection and directed Plaintiff to file a letter no later than April 21, 2023, indicating how he wished to proceed. ECF No. 9. On February 21, 2023, Plaintiff filed a letter requesting the Court issue a summons so he can subsequently hire a company or find another appropriate party to serve the summons on Defendant in person at an April 12, 2023 Family Court hearing the parties will both attend. ECF No. 10.

       The Court GRANTS this request in part and directs the Family Court of the State of New York to provide Defendant's address to the Court for service purposes only.

Once the Court obtains this address, the Court will issue an order of service and direct the United States Marshals Service to effect service while ensuring Defendant's address remains confidential.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  March 17, 2023
        New York, New York