UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUN GUO,

                           Plaintiff,                          23-CV-00119 (PAE)(SN)

      -against-                                    **ORDER**

MARJORIE MAE PERRY,

                           **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On March 19, 2023, the Court indicated that it intended to issue an order of service and direct the United States Marshals Service to effect service on Defendant. ECF No. 11. Yet after significant effort, the Court has been unable to identify Defendant's current address. At this time, the Court cannot serve Defendant on Plaintiff's behalf.

       Rule 4(m) requires Plaintiff to serve Defendant within 90 days of filing a complaint. If Plaintiff fails to do so, the Court will dismiss the action without prejudice. Accordingly, Plaintiff has 30 days to either serve Defendant or provide her address to the Court. Once again, the Court encourages Plaintiff to seek the guidance of his family court attorney to discuss how to proceed with this federal action in light of the order of protection.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     May 24, 2023
               New York, New York