```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUN GUO,

                              **Plaintiff,**                      **23-CV-00119 (PAE)(SN)**

                -against-                                    **ORDER OF SERVICE**

MARJORIE MAE PERRY,

                              **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 9, 2023, pro se Plaintiff informed the Court that Defendant's family court attorney, Lauren Brangman, agreed to accept service of the summons and complaint on behalf of her client, Defendant Marjorie Mae Perry, and that Plaintiff's family court attorney, Ryan Besinque, has agreed to serve Ms. Brangman. ECF No. 15. The Court is grateful for these attorneys' assistance with service in this matter.

       Accordingly, the Clerk of Court is requested to prepare and issue a summons to Defendant Marjorie Mae Perry, and mail (1) the summons, (2) a copy of the Complaint, (3) a copy of Plaintiff's June 9 letter, and (4) a copy of this Order to:

              Ryan Besinque, Esq.
              115 W. 25th Street, 4th Floor
              New York, New York 10001

       The Court respectfully requests that Attorney Besinque serve Attorney Brangman, on behalf of Defendant Marjorie Mae Perry, with these four documents. Attorney Besinque may serve Attorney Brangman either in person (at the next family court hearing) or by mail, no later than July 11, 2023. Service by mail shall be sent to:

       Lauren Brangman
       Law Office of Lauren Brangman. PLLC
       447 Broadway, 2nd Floor
       New York, New York 10013

The Court extends Plaintiff's time to serve Defendant until July 14, 2023. See <u>Meilleur v. Strong</u>, 682 F.3d 56, 63 (2d Cir. 2012). Upon service of the summons and complaint, Defendant shall have 21 days to answer or otherwise respond to the complaint.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             June 13, 2023

cc:       Pro se Plaintiff

        Ryan Besinque, Esq.
        115 W. 25th Street, 4th Floor
        New York, New York 10001

        Lauren Brangman
        Law Office of Lauren Brangman. PLLC
        447 Broadway, 2nd Floor
        New York, New York 10013