**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

LUN GUO,

                        **Plaintiff,**

          **-against-**

MARJORIE MAE PERRY,

                       **Defendant.**

-------------------------------------------------------------------X

**23-CV-00119 (PAE)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023

**SARAH NETBURN, United States Magistrate Judge:**

On June 20, 2023, Plaintiff filed a letter indicating that his attorney, Ryan Besinque, had yet to receive a summons containing a court date. On June 14, 2023, the Court mailed to Ryan Besinque a copy of 1) Plainitff's June 9, 2023 letter, 2) the complaint, 3) a summons, and 4) an order of service. The parties will not be directed to appear in Court until Defendant responds to the complaint. Accordingly, the summons does not contain a court date, but rather, reminds Defendant that under Fed. R. Civ. P. 12, she has 21 days to respond to the complaint.

Plaintiff is directed to inform the Court if Ryan Besinque has received the summons by no later than June 29, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 22, 2023
              New York, New York