UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LUN GUO,

                                  **Plaintiff,**                                23-CV-00119 (PAE)(SN)

            -against-                                                     **ORDER**

MARJORIE MAE PERRY,

                                  **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 24, 2023, the Honorable Paul A. Engelmayer referred this matter to my docket for general pretrial supervision. See ECF No. 7. On September 5, 2023, the Honorable Paul A. Engelmayer amended that referral to add Defendant's Motion to Dismiss at ECF No. 26 to my docket. See ECF No. 27. Defendant filed this motion on September 1, 2023. Plaintiff must file any opposition no later than October 2, 2023. Defendant's reply, if any, shall be filed no later than October 16, 2023.

**SO ORDERED.**

                                                                                 SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:       September 7, 2023
                  New York, New York