**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2023

LUN GUO,

                                        Plaintiff,                    **23-CV-00119 (PAE)(SN)**

                        -against-                                     **ORDER**

MARJORIE MAE PERRY,

                                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Defendant filed a motion to dismiss, and Plaintiff timely filed his opposition. ECF No.

26, 29. The deadline for Defendant to file a reply, if any, was October 16, 2023. To date, no such

reply has been filed, and accordingly, the Court considers the motion fully briefed.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        October 18, 2023
              New York, New York