UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUN GUO,

                                     **Plaintiff,**                                     23-CV-00119 (DEH)(SN)

                -against-                                                <u>**ORDER**</u>

MARJORIE MAE PERRY,

                                     **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The June 7, 2024 oral argument is converted to a remote appearance. At 2:00 p.m., the parties shall call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

        Additionally, Plaintiff requested that the Court provide a Mandarin interpreter for the June 7, 2024 oral argument. ECF No. 39. Unfortunately, the Court does not offer interpretation services in civil actions. If Plaintiff requires interpretation, he will have to bring an interpreter independently.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:      May 30, 2024
                 New York, New York