**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUN GUO,

                Plaintiff,

  -against-                               23 **CIVIL** 0119(DEH)(SN)

                                                **JUDGMENT**

MARJORIE MAE PERRY

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2025, the Report and Recommendation is adopted in its entirety. Judgment entered in favor of Defendant.

**Dated:** New York, New York

      April 9, 2025

                                                          **TAMMI M HELLWIG**
                                                            **Clerk of Court**

                **BY:**

                                                             **Deputy Clerk**