UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LUN GUO,

                            **Plaintiff,**                    23-CV-00119 (DEH)(SN)

      -against-                                                   **ORDER**

MARJORIE MAE PERRY,

                            **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On May 20, 2025, Plaintiff filed an amended complaint. ECF No. 62. Plaintiff is directed to mail a copy of the amended complaint to Defendant and file proof of service on the docket. Defendant must answer or file a motion to dismiss the amended complaint within 21 days of service.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     May 21, 2025
               New York, New York