UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUN GUO,

                        **Plaintiff,**                        23-CV-00119 (DEH)(SN)

           -against-                                  **ORDER**

MARJORIE MAE PERRY,

                        **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 25, 2024, the Court issued a Report and Recommendation on Defendant's motion to dismiss. ECF No. 52. On April 8, 2025, the Hon. Dale E. Ho adopted the Report and Recommendation, allowing Plaintiff to file an amended complaint. ECF No. 55. Plaintiff then filed an amended complaint on May 19, 2025. ECF No. 62. From a review of the docket, it appears that the Court failed to mail Defendant a copy of the Report and Recommendation and Judge Ho's April 8, 2025 Order adopting the Report and Recommendation.

       The Clerk of Court is respectfully directed to mail copies of ECF Nos. 52 and 55 to Defendant. Defendant shall have 14 days from receipt of this Order to file any objections to the Report and Recommendation. If Defendant fails to do so, the April 8, 2025 Order will remain the decision of the Court. If Defendant does file any objections, Plaintiff can file a response 14 days after being served with the objections.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       August 26, 2025
                New York, New York