UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUN GUO,

                         **Plaintiff,**                    23-CV-00119 (DEH)(SN)

     -against-                                        **ORDER**

**MARJORIE MAE PERRY,**

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 19, 2025, Plaintiff filed an Amended Complaint against Defendant. On May 21, 2025, the Court directed Plaintiff to mail a copy of the amended complaint to Defendant and file proof of service on the docket. To date, Plaintiff has not filed proof of service. Plaintiff is directed to file proof of service of the amended complaint on Defendant.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     September 23, 2025
                 New York, New York