```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
```

LUN GUO,

                       **Plaintiff,**                  23-CV-00119 (DEH)(SN)

      -against-                                       **ORDER**

**MARJORIE MAE PERRY,**

                       **Defendant.**

```
-------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      On September 23, 2025, Plaintiff Lun Guo submitted proof of service of his amended complaint indicating that service was mailed to Defendant Marjorie Mae Perry on August 28, 2025, pursuant to this Court's order. The time for Defendant to answer the amended complaint has expired. See Fed. R. Civ. P. 15(a)(3). To avoid prejudice, Defendant has until October 9, 2025, to file a response to the amended complaint or to submit a letter explaining why additional time is necessary. If Defendant fails to comply with this Order, Plaintiff shall seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:    New York, New York
                September 25, 2025