UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUN GUO,

                     **Plaintiff,**                               23-CV-00119 (DEH)(SN)

        -against-                                            **ORDER**

MARJORIE MAE PERRY,

                     **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 23, 2025, the Court directed Plaintiff to file proof of service of the Amended Complaint on the docket, which Plaintiff did that same day. On October 27, 2025, Defendant consented to receive electronic service via ECF.

       Defendant is ordered to answer or otherwise respond to the Amended Complaint within 21 days of the date of this order, or submit a letter explaining why additional time is necessary. Defendant is encouraged to contact the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center for assistance with responding to the Amended Complaint. The City Bar Justice Center can be reached by phone (212-382-4794) or email (fedprosdny@nycbar.org).

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       New York, New York
                  October 28, 2025