**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

LUN GUO,

       **Plaintiff,**

   -against-

MARJORIE MAE PERRY,

       **Defendant.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2026

**23-CV-00119 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 28, 2026, Defendant filed a motion to dismiss Plaintiff's First Amended Complaint. ECF No. 79. Per Local Civil Rule 6.1, Plaintiff's response was due February 11, 2026. To date, no response has been filed.

Accordingly, by March 5, 2026, Plaintiff shall file either a response to Defendant's motion or a request for an extension.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  New York, New York
    February 19, 2026