UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Guo, Plaintiff, v. Perry, Defendant. | 23 Civ. 0119 (DEH) (SN) **MEMORANDUM OPINION AND ORDER** |

DALE E. HO, United States District Judge:

Before the Court is a Report and Recommendation ("R. & R." or the "Report")[1] from Magistrate Judge Netburn, recommending that Defendant Marjorie Mae Perry's motion to dismiss[2] be denied. The deadline to file objections to the Report was originally July 21, 2026, but was extended by the undersigned to September 1, 2026.[3] As of the date of this Order, Defendant has not filed any objections.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[4] For dispositive matters, a district judge is required to "determine de novo any part of the magistrate judge's disposition that has been properly objected to" by any party.[5] For those portions to which no proper objection is made, a district court need only satisfy itself that there is no "clear error on the face of the record."[6] "In a case such as this one, where no timely objection has been

[1] ECF No. 83.

[2] ECF No. 79.

[3] ECF No. 85.

[4] 28 U.S.C. § 636(b)(1)(C).

[5] Fed. R. Civ. P. 72(b)(3).

[6] *Miller v. Brightstar Asia, Ltd.*, 43 F.4th 112, 120 n.4 (2d Cir. 2022).

made, a district court need only satisfy itself that there is no clear error on the face of the record."[7] The Court has reviewed the Report and found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL**. As set forth in the Report, venue in this District is proper; Plaintiff's claims, as alleged in the Amended Complaint, are not time-barred; and Plaintiff has adequately stated claims for fraud, unjust enrichment, and conversion.

Accordingly, the Clerk of Court is respectfully requested to terminate ECF No. 79. Magistrate Judge Netburn will issue an Order regarding next steps in this litigation.

SO ORDERED.

Dated: September 3, 2026

New York, New York



DALE E. HO
United States District Judge

[7] *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023).