USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**LUN GUO,**

**Plaintiff,**

**-against-**

**MARJORIE MAE PERRY,**

**Defendant.**

---------------------------------------------------------------X

**23-CV-00119 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 3, 2026, the Honorable Dale E. Ho denied Defendant's motion to dismiss Plaintiff's Amended Complaint. See ECF Nos. 79, 87. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant shall answer the Amended Complaint by Thursday, September 17, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 11, 2026
New York, New York